UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ALFREDO HUNG, :
:
:
Plaintiff, :
: 25-CV-02427 (JAV)
-v- :
: ORDER
:
CRISTINA HUNG, :
:
:
Defendant. :
:
and :
:
ELISA HUNG, and MARILYN HUNG, :
:
Nominal Defendants :
. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On September 17, 2025, Defendant Cristina Hung and Nominal Defendants Elisa Hung and Marilyn Hung (collectively, the "Defendants") filed a motion to compel Plaintiff Alfredo Hung to respond to Defendants' interrogatories and requests for production. ECF No. 46. In the letter, Defendants aver that Plaintiff's counsel, Jeffrey Benjamin, represented that Plaintiff would respond to outstanding discovery several times, but failed to do so. *Id.* Defendants also noted that Plaintiff's counsel failed to provide a date for a meet-and-confer with Defendants regarding Plaintiff's failure to respond to discovery. *Id.*

      On September 17, 2025, the parties appeared for a conference before the undersigned to discuss Plaintiff's motion to extend the discovery deadline. During the conference, Plaintiff's counsel withdrew the motion to extend the deadline and represented that he would respond to Defendants' interrogatories and requests for production by September 26, 2025. *See* ECF No. 47.

      No update has been provided regarding this issue. Accordingly, the Court directs Defendants to provide a status letter to the Court by October 3, 2025, advising whether Plaintiff has provided the requested discovery responses and whether there remains a live dispute. The

Court notes that failure to comply with discovery obligations may subject Plaintiff to a finding of sanctions.

    SO ORDERED.

Dated: September 30, 2025
       New York, New York

                                            JEANNETTE A. VARGAS
                                            United States District Judge