UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ALFREDO HUNG,                                                           :
                                                                        :
                            Plaintiff,                                  :
                                                                        :           25-CV-02427 (JAV)
            -v-                                                          :
                                                                        :           SCHEDULING ORDER
CRISTINA HUNG, et al.,                                                  :
                                                                        :
                            Defendants.                                 :
                                                                        :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On December 17, 2025, counsel for Plaintiff Alredo Hung ("Plaintiff"), counsel Jeffrey Benjamin of the Linden Law Group P.C., filed a motion to withdraw as attorney for Plaintiff, explaining that he and Plaintiff had "come to an irreconcilable impasse as to the manner, method[,] and strategy as to the ongoing prosecution of this case." ECF No. 74. It is hereby ORDERED that any opposition to counsel's motion by Plaintiff shall be due by **January 5, 2026**. Plaintiff can submit any such opposition by sending an email to the Court at VargasNYSDChambers@nysd.uscourts.gov.

No later than **December 23, 2025,** counsel shall serve a copy of all motion papers **and** this Order on Plaintiff Alfredo Hung and file proof of such service on the docket.

SO ORDERED.

Dated: December 22, 2025
       New York, New York                    _____
                                             JEANNETTE A. VARGAS
                                             United States District Judge