UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                              :

ALFREDO HUNG,                               :

                         Plaintiff,                 :

                                        :            25-CV-02427 (JAV)

         -v-                           :

                                        :                ORDER

CRISTINA HUNG,                         :

                                        :

                      Defendant.          :

and                                          :

ELISA HUNG, and MARILYN HUNG,      :

                     Nominal Defendants   :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On December 17, 2025, counsel for Plaintiff Alredo Hung ("Plaintiff"), Jeffrey

Benjamin, filed a motion to withdraw as attorney for Plaintiff, explaining that he and Plaintiff

had "come to an irreconcilable impasse as to the manner, method[,] and strategy as to the

ongoing prosecution of this case." ECF No. 74 at 1.  On January 6, 2026, the Court granted Mr.

Benjamin's motion to withdraw as counsel for Plaintiff and required Mr. Benjamin to provide

Plaintiff "with a copy of the litigation file in this matter by no later than January 19, 2026."  ECF

No. 78 at 3.

       On January 26, 2026, the Court received, by email, correspondence from Plaintiff

("Email") claiming that although Mr. Benjamin had provided copies of various documents and

materials related to this action, "certain categories of materials contemplated by the Court's

Order were not included."  Because that email may contain information protected by the

attorney-client relationship, the Court will not place it on the docket.  The Email represents that

the litigation file did not contain:

1. A written assessment or analysis of [Plaintiff's] December 9, 2025 deposition;
2. Attorney notes taken during the deposition;
3. Any strategy memoranda, case posture assessments, or work product explaining the basis for counsel's conclusions or recommendations;
4. Any discovery status summary or roadmap reflecting what discovery had been completed, what remained outstanding, or what was not pursued and why;
5. Correspondence between prior counsel and opposing counsel regarding discovery, depositions, or case strategy.

Mr. Benjamin is ORDERED to submit a letter by **February 13, 2026**, informing the

Court as to whether any such documents as described above exist and whether they are being

withheld from Plaintiff.

SO ORDERED.

Dated: February 6, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2