UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALFREDO HUNG,                                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :                25-CV-02427 (JAV)
            -v-                                                        :
                                                                       :                ORDER
CRISTINA HUNG,                                                        :
                                                                       :
                            Defendant.                                 :
                                                                       :
and                                                                    :
                                                                       :
ELISA HUNG, and MARILYN HUNG,                                          :
                                                                       :
                            Nominal Defendants   :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On December 17, 2025, counsel for Plaintiff Alredo Hung ("Plaintiff"), Jeffrey Benjamin, filed a motion to withdraw as attorney for Plaintiff, explaining that he and Plaintiff had "come to an irreconcilable impasse as to the manner, method[,] and strategy as to the ongoing prosecution of this case." ECF No. 74 at 1.  On January 6, 2026, the Court granted Mr. Benjamin's motion to withdraw as counsel for Plaintiff and required Mr. Benjamin to provide Plaintiff "with a copy of the litigation file in this matter by no later than January 19, 2026."  ECF No. 78 ("January 6, 2026 Order") at 3. On January 26, 2026, the Court received, by email, correspondence from Plaintiff claiming that although Mr. Benjamin had provided copies of various documents and materials related to this action, "certain categories of materials contemplated by the Court's [January 6, 2026] Order were not included," specifically certain contents of the litigation file for this matter.  *See* ECF No. 82 ("February 6, 2026 Order") at 1-2. Accordingly, the Court required Mr. Benjamin to submit a letter, by February 13, 2026, to

inform the Court as to whether any of the documents described in the Court's January 6, 2026 Order existed and whether they were being withheld from Plaintiff. *Id.* On February 13, 2026, Mr. Benjamin submitted the letter, to which the Court issued a Memo Endorsement requiring him to provide Plaintiff with his notes and copies of all correspondence between himself and opposing counsel by February 20, 2026. ECF No. 84 ("February 13, 2026 Memo Endorsement"). On February 24, 2026, the Court received, another email from Plaintiff claiming that he had "not received the materials Mr. Benjamin was ordered to provide by February 20, 2026," pursuant to the Court's February 13, 2026 Memo Endorsement. Mr. Benjamin responded, on the same day, explaining the circumstances causing his non-compliance with the Court's February 20, 2026 order. Because the emails may contain information protected by the attorney-client relationship, the Court will not place them on the docket.

The Court **GRANTS** Mr. Benjamin's request to produce to Plaintiff, his "notes and counsel correspondence at issue" by **March 6, 2026.**

SO ORDERED.

Dated: February 25, 2026
     New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2